UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIV VIG, | Case No.  1:26-cv-01252-DAD-JDP (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITIONER'S MOTION TO AMEND, AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| SERGIO ALBARRAN, et al., | |
| Respondents. | |

Petitioner Shiv Vig, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2026, the magistrate judge issued findings and recommendations recommending that petitioner's petition (Doc. No. 1) be dismissed without prejudice and that petitioner's motion to amend (Doc. No. 15) be denied.  (Doc. No. 20.)  Specifically, the magistrate judge found that the undersigned previously granted petitioner's motion for temporary restraining order and ordered that respondents provide petitioner with a bond hearing (Doc. No. 10), that this bond hearing was provided, and that petitioner had failed to exhaust administrative remedies prior to filing his motion to file an amended petition.  (Doc. No. 20 at 2–7.)  Accordingly, in light of the relief already provided, the magistrate judge recommended dismissal of the petition.  (*Id.* at 7.)  The pending findings and recommendations were served on all parties

1

and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (*Id.* at 7–8.) To date, neither party has filed objections, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on May 14, 2026 (Doc. No. 20) are ADOPTED in full;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED without prejudice;

3.    Petitioner's motion to amend (Doc. No. 15) is DENIED; and

4.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **July 10, 2026**                    _Dale A. Drozd_
                                        DALE A. DROZD
                                        UNITED STATES DISTRICT JUDGE

2